**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| **G.A., by his parents and next friends, Stephen and Emily ARFF,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **4:25-cv-01685** |
| **SPECIAL SCHOOL DISTRICT OF ST. LOUIS COUNTY, et al.,** | ) ) ) | |
| **Defendants.** | ) ) | |

**DEFENDANTS' UNOPPOSED JOINT MOTION FOR LEAVE TO FILE DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT IN EXCESS OF FIFTEEN PAGES**

COME NOW Defendants Special School District of St. Louis County ("SSD") and Rockwood School District ("RSD"), collectively the "Districts" or "Defendants,"[1], by and through their counsel, and for their Motion for Leave to File in Excess of Fifteen Pages, state as follows:

1.      Plaintiffs filed a Complaint [Doc. No. 1] on November 14, 2025.

2.      On April 28, 2026, the Court bifurcated the proceedings on Count I of the Complaint [Doc. No. 30].

3.      On July 6, 2026, Plaintiffs filed a Motion to Supplement the Administrative Record ("Motion") [Doc. No. 38].

---

[1] Individuals Dr. Mollie Bolton, Ellen Kenkel, Brandi Buffington, and Dr. Lorinda Krey are named as individual defendants in Count VI only.  Count IV relates to alleged "Constitutional Violations." On July 2, 2025, the Court granted Defendants' Motion to Bifurcate and Stay Counts II through VI pending resolution of Count I. [Doc. 221]. Plaintiffs' Motion to Supplement only relates to Count I.

4.      On July 13, 2026, the Missouri Administrative Hearing Commission filed the Administrative Agency Record [Doc. No. 42-47].

5.      Pursuant to Local Rule 4.01(D), no party shall file any motion, memorandum, or brief which exceeds fifteen (15) numbered pages, exclusive of the Table of Contents, Table of Authorities, signature page, and attachments, without leave of Court.

6.      Plaintiffs' Complaint spans 124 pages.

7.      The Administrative Agency Record  contains numerous documents paginated 1 to 6479.

8.      Due to the joint response on behalf of both Districts, the Defendants' Joint Opposition to Plaintiffs' Motion contains a total of 20 pages, four pages in excess of that allowed by Local Rule 4.01(D).

9.      The excess pages in Defendants' Motion address the joint response filed on behalf Plaintiffs' requested supplemental evidence and the Districts' response and numerous citations to evidence in the Administrative Agency Record.

10.      Plaintiffs do not oppose this Motion.

WHEREFORE, Defendants respectfully request that the Court grant them leave to file in excess of fifteen (15) pages, not to exceed 20 pages, and for such other and further relief as the Court deems appropriate.

Respectfully submitted,

**LASHLY BAER, PC**

_/s/ Julie Z. Devine_

Julie Z. Devine, Mo. Bar #58268
jdevine@lashlybaer.com
Frederike K. Winslow, Mo. Bar #69831
fwinslow@lashlybaer.com
714 Locust Street
St. Louis, Missouri 63101
Telephone: (314) 621-2939

_**Attorneys for Defendants:**_
_**Rockwood R-IV School District**_
_**Dr. Lorinda Krey**_

Respectfully submitted,

**MICKES O'TOOLE, LLC**

_/s/ Abbey S. Widick_

Abbey S. Widick, Mo. Bar #74902
awidick@mickesotooole.com
Robert J. Thomeczek, Mo. Bar #38153
bothomeczek@mickesotoole.com
Anne R. Kerns, Mo. Bar #60014
akerns@mickesotoole.com
12412 Powerscourt Drive, Suite 200
St. Louis, Missouri 63131
Telephone: (314) 878-5600

_**Attorneys for Defendants:**_
_**Special School District of St. Louis County**_
_**Dr. Mollie Bolton**_
_**Ellen Kenkel**_
_**Brandi Buffington**_

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July, 2026 a true and correct copy of the foregoing was filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

_/s/ Abbey S. Widick_

3