**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **G.A., by his parents and next friends, Stephen and Emily ARFF,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **4:25-cv-01685** |
| **SPECIAL SCHOOL DISTRICT OF ST. LOUIS COUNTY, et al.,** | ) | |
| **Defendants.** | ) | |

**NOTICE OF AGREED-UPON PROCEDURES FOR SUPPLEMENTING THE RECORD**

On August 18, 2026, the Court issued a Memorandum and Order (Doc. 54) directing the parties to provide agreed-upon procedures for supplementing the record with the testimony of Kayla Meyer. The parties have conferred in writing and have agreed upon procedures for supplementing the record with Ms. Meyer's testimony. Plaintiffs intend to conduct a virtual deposition of Ms. Meyer, with the deposition not to exceed three (3) hours, at a date to be determined. Ms. Meyer is a former SSD teacher. Plaintiffs will have to serve Ms. Meyer with a subpoena for deposition testimony. Ms. Meyer's deposition should be held no later than October 14, 2026.

Respectfully submitted,

**LASHLY BAER, PC**

*/s/ Julie Devine*
Julie Z. Devine, Mo. Bar #58268
jdevine@lashlybaer.com
Frederike K. Winslow, Mo. Bar #69831
fwinslow@lashlybaer.com
714 Locust Street
St. Louis, Missouri 63101
Telephone: (314) 621-2939

***Attorneys for Defendants:***
***Rockwood R-IV School District***

Respectfully submitted,

**MICKES O'TOOLE, LLC**

*/s/ Anne R. Kerns*
Abbey S. Widick, Mo. Bar #74902
awidick@mickesotooole.com
Robert J. Thomeczek, Mo. Bar #38153
bothomeczek@mickesotoole.com
Anne R. Kerns, Mo. Bar #60014
akerns@mickesotoole.com
12412 Powerscourt Drive, Suite 200
St. Louis, Missouri 63131
Telephone: (314) 878-5600

***Attorneys for Defendants:***
***Special School District of St. Louis County***

***Dr. Lorinda Krey***

***Dr. Mollie Bolton***
***Ellen Kenkel***
***Brandi Buffington***

Respectfully submitted,

**DRAGAN LAW FIRM, LLC**

*/s/ Diane Dragan*
Diane L. Dragan, Mo. Bar #73591
Diane@Draganlawfirm.com
10805 Sunset Office Drive, Suite 210
St. Louis, MO 63127
Telephone: (314) 788-7323

***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of September, 2026 a true and correct copy of the foregoing was filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/Diane Dragan*